IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

OVELL DANIEL CLEMONS, JR.                                                                                    PLAINTIFF

v.                                         Case No. 6:24-cv-6061

OFFICER MCSLONE (#118); OFFICER
RAMIREZ (#171); OFFICER GIBSON (#105);
JOHN OR JANE DOE, Medical Staff,
Garland County Detention Center;
SHERIFF MIKE MCCORMICK, Sheriff's
Medical Staff HSPD; and CHI ST. VINCENT,
Hot Springs, Arkansas                                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 29, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Comstock recommends that Plaintiff's claims against CHI St. Vincent Hospital be dismissed and that CHI St. Vincent Hospital be terminated as a Defendant. No parties have filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, all claims against CHI St. Vincent Hospital are **DISMISSED**. All other claims remain for further consideration by Judge Comstock.

**IT IS SO ORDERED**, this 24th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge