# In the United States District Court
## Western District Of Arkansas
_____ Division

Ovell Daniel Clemons JR # 57300

_____

*(In the space above enter your full name and Prison ID*
*Number, if any.* **Do not include your Social Security Number).**

-against-

Officer McsLone #118 (HSPD) Officer Ramiez
#171 (HSPD) Officer Gibson #105 (HSPD) Sheriff
Mike McCormick. TurnKey Health
Garland County Dentention Center

_____

*(In the space above enter the full name of each Defendant)*

**Case**
No. 6-24-CV-6061
(To be filled out by Clerk's
Office only)

**Amended**
**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

---

## I.    PLAINTIFF INFORMATION

Ovell    Daniel    Clemons
Name (First, Middle, Last)                                    Aliases

57300
Prisoner ID #, if any

Garland    County    Detention    Center
Place of Detention or Incarceration

Sheriff

Current Job Title

3564 Albert Pike Rd

Current Work Address

Hot Springs                Ar              71913

County, City                State              Zip Code

Defendant 3:    Turnkey Health

Name (Last, First)

Medical Service

Current Job Title

4250 Venetian Lane

Current Work Address

Fayetteville            Ar              72703

County, City                State              Zip Code

Defendant 4:    n/A

Name (Last, First)


Current Job Title


Current Work Address


County, City                State              Zip Code

Page **3** of **11**

Body Cam should show all footage

| | |
|---|---|
| **Who did what?** | _____ |

| | |
|---|---|
| **How were you injured?** | _____ |

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

_**If you are asserting an official capacity claim,**_ *please describe the custom, policy, or* *widespread practice that you believe caused the violation of your constitutional rights.*

Failure to train, Failure to direct and Failure to discipline clearly is a big part why my Constitutional rights were Violated due process must play a part to correct such action

**Claim Number 2:**

Place(s) of occurrence:   Turn Key Health

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

Hospital policies were neglected given me inproper care which in turn violated my right

**Claim Number 3:**

Place(s) of occurrence: n/A

Date(s) of occurrence: n/A

Name of Each Defendant Involved:

n/A

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

n/A

_____
_____
_____
_____
_____
_____

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☐ Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

3.8 million

due to Extream excessive force
during arrest, Pain and Suffering
and medical neglect

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

| 8-8-2024 | Ovell Clemons |
|---|---|
| Dated | Plaintiff's Signature |

| Ovell        D        Clemons |
|---|
| Printed Name (First, MI, Last) |

| 57300 |
|---|
| Prison Identification #, if any. |

| 3564 Albert Pike Rd | Hot Springs | Ar | 71913 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |

★ USA ★ FOREVER ★

LITTLE ROCK AR 720

9 AUG 2024 PM 4 L

Pro Se Law Clerk Office
35 East Mountain Street, Suite 510
Fayetteville, AR 72701

72701-535935

ell D Clemons
Garland County detention Center
3564 Albert Pike Rd
Hot Spring Ar 71913

...ates from an inmate at
...unty Detention Center
...not censored. The Garland
...not censored assumes no
...unty Sheriff for its content.