IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


OVELL DANIEL CLEMONS, JR.                                    PLAINTIFF

v.                                  Case No. 6:24-cv-6061

OFFICER MCSLONE (# 118);
OFFICER RAMIREZ (#171);
OFFICER GIBSON (#105); and
SHERIFF MIKE MCCORMICK
(Sheriff's Medical Staff, Hot Springs
Police Department)                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation (ECF No. 71) filed April 9, 2026, by

the Honorable Christy Comstock, United States Magistrate Judge for the Western District of

Arkansas.  Judge Comstock recommends that this case be dismissed without prejudice for failure

to comply with the Court's orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation (ECF No. 71), and the

time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and

Recommendation (ECF No. 71) in its entirety and finds that this case should be and hereby is

**DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of May, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge